UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br>JOSHUA LEE YEOMAN, <br><br>    Defendant. | Case No. CR04-415 JCC <br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 19, 2008. The defendant appeared pursuant to a summons. The United States was represented by Ron Friedman, and defendant was represented by Thomas Hillier, III. Also present was U.S. Probation Officer Michael S. Larsen. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on October 28, 2005 for conspiracy to distribute cocaine. He received 24 months of imprisonment and five years of supervised release. Defendant began his term of supervised release on August 17, 2007.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATIONS

In a petition dated June 26, 2008, Supervising U.S. Probation Officer Michael S. Larsen

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

alleged that defendant violated the following conditions of supervised release:

1. Using marijuana on or before February 4, and 27, 2008, on or before May 29, 2008, and on or before June 5, 2008, in violation of standard condition number seven.

2. Failing to report for drug testing at directed to by the probation officer on May, 6, 2008, and June 13, and 16, 2008, in violation of the general condition that he submit to to drug testing as directed by the probation officer.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed that the matter would be set for a disposition hearing before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. No request for detention was made and defendant remains in the community subject to all previously ordered conditions of supervision.

DATED this 19th day of August, 2008.

s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2